UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-6354-SNOW

IN RE SEALED COMPLAINT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the complaint, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of the complaint, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of the complaint become public.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
ASSISTANT UNITED STATES ATTORNEY
Court No. A005500030
500 East Broward Blvd., Ste 700
Ft. Lauderdale, FL 33394
(954) 356-7255 Ext 3515 Office
(954) 356-7230 Facsimile
Jeffrey.Kaplan@usdoj.gov